UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON MURILLO, also known by new legal name Mona Salcida Murillo,<br><br>    Plaintiff,<br><br>  v.<br><br>D. GODFREY, et al.,<br><br>    Defendants. | Case No. 2:18-cv-02342-JGB-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE<br><br>[DOCKET NOS. 72, 77] |

  The Court has conducted the review required by 28 U.S.C. § 636 and accepts the findings, conclusions and recommendation of the Magistrate Judge reflected in the February 21, 2023 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation") and overrules Plaintiff's Objections to the Report and Recommendation, to which Defendants have filed a Reply.

  IT IS HEREBY ORDERED:

  1. Defendants' Request for Judicial Notice is granted.

  2. Plaintiff's Motion to Amend is denied.

  3. Defendants' Motion to Dismiss Portions of Plaintiff's Second Amended Complaint and for Severance of Misjoined Mule Creek State Prison Defendants ("Motion to Dismiss") is granted in part and denied in part as follows:

|   |   |   |
|---|---|---|
| 1 | (a) | the Motion to Dismiss is granted to the extent that it seeks dismissal of the state law predicates/claims against all defendants in Claims One through Eight and such state law predicates/claims are dismissed without leave to amend; |
| 5 | (b) | the Motion to Dismiss is granted to the extent that it seeks dismissal of all claims against all defendants in their official capacities and such official capacity claims/predicates are dismissed without leave to amend; |
| 9 | (c) | the Motion to Dismiss is granted to the extent that it seeks dismissal of Claim Four, to the extent predicated on federal law, against defendant N. Romero (the only defendant sued therein) in such defendant's individual capacity and such federal individual capacity claim/predicate is dismissed with leave to amend; |
| 15 | (d) | the Motion to Dismiss is granted to the extent that it seeks dismissal of Claim Five, to the extent predicated on federal law, against defendants J. Curiel and K. Estrada (the only defendants sued therein) in such defendants' individual capacities and such federal individual capacity claim/predicate is dismissed with leave to amend; |
| 21 | (e) | the Motion to Dismiss is granted to the extent that it seeks to sever Claim Eight, to the extent predicated on federal law, against defendants M. Allen, A. Milliken, and B. Campbell (the only defendants sued in such claim) in such defendants' individual capacities and such individual capacity claim is severed and transferred to the United States District Court for the Eastern District of California; and |
| 28 | (f) | the Motion to Dismiss is otherwise denied. |

4. Within twenty (20) days of the date of this Order, plaintiff shall do one of the following:

   (a) if plaintiff wishes to proceed with the claims that have been dismissed with leave to amend (Claims Four and Five, to the extent predicated on federal law and brought against the three defendants in issue in their individual capacities) and is able to cure the pleading defects therein that have been identified in the Report and Recommendation, plaintiff shall file a Third Amended Complaint;[1]

   (b) if plaintiff wishes to proceed solely with the remaining claims (Claims One, Two, Three, Six, and Seven, to the extent predicated on federal law and brought against the defendants in issue in their individual capacities), she shall file a Notice of Intent to Proceed Solely on Remaining Claims in Second Amended Complaint, in which case this action shall proceed solely on such claims against such defendants;

   (c) if plaintiff does not wish to proceed with this action at all, plaintiff shall sign and file the attached Notice of Dismissal

---

[1] Any Third Amended Complaint must: (a) be labeled "Third Amended Complaint"; (b) be complete in and of itself and not refer in any manner to the prior complaints in this case – *i.e.*, it must include all claims on which plaintiff seeks to proceed (Local Rule 15-2); (c) contain a "short and plain" statement of each claim for relief "showing that [plaintiff] is entitled to relief" (Fed. R. Civ. P. 8(a)); (d) make each allegation "simple, concise and direct" and contain factual allegations in clear short, concise, numbered paragraphs, each "limited as far as practicable to a single set of circumstances" (Fed. R. Civ. P. 8(d)(1), 10(b)); (e) set forth clearly the sequence of events giving rise to the claims for relief and sequentially number the claims; (f) reflect which claims are brought against which defendant(s) in which capacity and allege specifically what each defendant did and how that individual's conduct specifically violated plaintiff's civil rights; (g) not add defendants or claims that are not related to the claims asserted in the prior complaints and <u>not reassert the claims that have been severed or dismissed without leave to amend and not name defendants whose claims have been severed</u>; and (h) name all remaining parties sued therein in the caption/title (Fed. R. Civ. P. 10(a)).

which will result in the voluntary dismissal of this action without prejudice; or

(d) if plaintiff wishes to stand on the Second Amended Complaint despite the defects therein (described in the Report and Recommendation), plaintiff shall file a Notice of Intent to Stand on Second Amended Complaint, indicating plaintiff's intent to stand on the Second Amended Complaint which may result in the dismissal of this action in whole or in part based upon such defects;

5. **Plaintiff is cautioned that plaintiff's failure timely to file a Third Amended Complaint, a Notice of Intent to Proceed Solely on Remaining Claims in Second Amended Complaint, a Notice of Dismissal, or a Notice of Intent to Stand on Second Amended Complaint may result in the dismissal of this action in whole or in part, with or without prejudice, on the grounds set forth in the Report and Recommendation, on the ground that amendment is futile, for failure diligently to prosecute and/or for failure to comply with this Order;**

6. If plaintiff files a Notice of Intent to Proceed Solely on Remaining Claims in Second Amended Complaint, the remaining defendants shall file an Answer to the remaining portions of the Second Amended Complaint within fourteen (14) days of the date such defendants are served with the same; and

7. The Clerk is directed to effectuate the transfer of the remaining portion of Claim Eight (the portion predicated on federal law against M. Allen, A. Milliken, and B. Campbell in such defendants' individual capacities) to the United States District Court for the Eastern District of California.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order on plaintiff and counsel for defendants.

IT IS SO ORDERED

DATED: March 31, 2023

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE